

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00324-CV

Cameron County and Los Fresnos Consolidated Independent School District
v.
Valley Sandia, Ltd. Co., a Texas Limited Liability Co.

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-3678-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed as appellant's are exempt from payment.

We further order this decision certified below for observance.

March 29, 2018